UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL　　　　**JS-6**

| Case No. | CV 12-8304-DMG (JCGx) | Date | October 7, 2014 |
|---|---|---|---|

| Title | J. M. v. Del Amo Fashion Center Operating Company, LLC, et al. |
|---|---|

Present: The Honorable　　DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed October 7, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status.

By January 30, 2015 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of February 2, 2015.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The Final Pretrial Conference set on October 14, 2014 and Jury Trial set on November 18, 2014 are hereby VACATED.

IT IS SO ORDERED.